**Robert McBRIDE, Plaintiff—Appellant,**

v.

**Commonwealth of VIRGINIA, Defendant—Appellee.**

**No. 08–2231.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 22, 2009.

Decided: May 6, 2009.

Robert McBride, Appellant Pro Se.

Before MOTZ, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert McBride appeals the district court's orders dismissing this action challenging the constitutionality of a Virginia statute and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McBride v. Commonwealth of Virginia,* No. 2:08–cv–00367–RBS–JEB (E.D. Va. filed Sept. 9, 2008, entered Sept. 11, 2008; filed Sept. 23, 2008, entered Sept. 25, 2008). We dispense with oral

argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*